# United States Court of Appeals

## For the Eighth Circuit

_____

No. 19-2453

_____

Tereso De Jesus Cipriano-Chacon

*Petitioner*

v.

William P. Barr, Attorney General of United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: January 14, 2020
Filed: January 17, 2020
[Unpublished]

_____

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Mexican citizen Tereso De Jesus Cipriano-Chacon petitions for review of an order of the Board of Immigration Appeals (BIA) which denied his application for cancellation of removal on the ground that he failed to prove that his removal would result in exceptional and extremely unusual hardship to his qualifying relatives. See 8 U.S.C. § 1229b(b)(1). We have no jurisdiction to review this discretionary

determination. <u>See</u> 8 U.S.C. § 1252(a)(2)(B)(I); <u>Zacarias-Velasquez v. Mukasey</u>, 509 F.3d 429, 434 (8th Cir. 2007). As Cipriano-Chacon has not raised a cognizable constitutional or legal challenge to that determination, we dismiss the petition for review for lack of jurisdiction. <u>See</u> 8th Cir. R. 47B; <u>Perez v. Holder</u>, 569 F.3d 370, 372-73 (8th Cir. 2009).

_____